IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:02CR346
                               )
       v.                      )
                               )
DASHAWN GRANT,                 )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 53). The Court has been advised that defendant pending state court charges that need to be concluded. Accordingly,

IT IS ORDERED that the motion to continue is granted; the final dispositional hearing is rescheduled for:

**Friday, January 19, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 16th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court