IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR346 |
| | ) | |
| v. | ) | |
| | ) | |
| DASHAWN GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 24, 2007, defendant appeared with counsel, Ernest H. Addison, Jr., for a hearing on Petition for Warrant of Summons for Offender Under Supervision (Filing No. 47). Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. Defendant admitted to allegation numbers 1 and 2 of the Petition. The Court found defendant Grant to be in violation of his conditions of supervised release.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of time served.

2) That upon completion of defendant's incarceration by the State of Nebraska Prison Authorities, he will placed on supervised release for a term of four (4) years, under the same terms and conditions of release previously imposed on September 2, 2004.

       3) That upon defendant's release from incarceration by the State of Nebraska Prison Authorities, he shall report to the United States Probation Office in this District within seventy-two (72) hours of his release from custody.

       DATED this 24th day of May, 2007

                        BY THE COURT:

                        /s/ Lyle E. Strom

                        LYLE E. STROM, Senior Judge
                        United States District Court